Case 1:20-cv-00041-SPB   Document 1   Filed 02/20/20   Page 1 of 10

B007

RECEIVED
FEB 20 2020
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the Western District of Pennsylvania

Ronald Satish Emrit
_____
Plaintiff/Petitioner
v.
Federal Bureau of Investigation (FBI)
_____
Defendant/Respondent

Civil Action No. 1:20-CV-41

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Ronald Satish Emrit*   Date: February 11, 2020

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property (such as rental income) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 750.00 | $ 0.00 | $ 750.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 121.00 | $ 0.00 | $ 121.00 | $ 0.00 |
| **Total monthly income:** | $ 871.00 | $ 0.00 | $ 871.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A- disabled | N/A- disabled | N/A- disabled | $ 0.00 |
| N/A- disabled | N/A- disabled | N/A- disabled | $ 0.00 |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A- no spouse | N/A- no spouse | N/A- no spouse | $ 0.00 |
| N/A- no spouse | N/A- no spouse | N/A- no spouse | $ 0.00 |
| N/A- no spouse | N/A- no spouse | N/A- no spouse | $ 0.00 |

4. How much cash do you and your spouse have? $ 42.00 *(about)*

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| PNC Bank | Spend, Reserve, Growth | $ *may have changed* 11.56 | $ 0.00 |
| BB and T Bank | checking | $ *fluctuates daily* 30.96 | $ 0.00 |
| Chase Bank | checking | $ *(about)* -660.00 | $ 0.00 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home *(Value)* | $ | 0.00 |
| Other real estate *(Value)* | $ | 0.00 |
| Motor vehicle #1 *(Value)* | $ | 0.00 |
| Make and year: N/A- Mercedes C-230 was towed in Las Vegas | | |
| Model: N/A- Mercedes C-230 was towed in Las Vegas | | |
| Registration #: N/A- Mercedes C-230 was towed in Las Vegas | | |
| Motor vehicle #2 *(Value)* | $ | 0.00 |
| Make and year: N/A- Mercedes C-230 was towed in Las Vegas | | |
| Model: N/A- Mercedes C-230 was towed in Las Vegas | | |
| Registration #: N/A- Mercedes C-230 was towed in Las Vegas | | |
| Other assets *(Value)* | $ | 0.00 |
| Other assets *(Value)* | $ | 0.00 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Stanley Frank | $ *about* 1,000.00 | $ 0.00 |
| Parris Foster | $ *about* 1,000.00 | $ 0.00 |
| Lori Dodson | $ *about* 200.00 | $ 0.00 |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| N/A- parental rights were terminated on June 1st, 2009 | N/A- parental rights were terminated in 2009 | 0 |
| N/A- parental rights were terminated on June 1st, 2009 | N/A- parental rights were terminated in 2009 | 0 |
| N/A- parental rights were terminated on June 1st, 2009 | N/A- parental rights were terminated in 2009 | 0 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included?   ☐ Yes   ☑ No <br> Is property insurance included?   ☐ Yes   ☑ No | $ 0.00 | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 0.00 | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | $ 0.00 | $ 0.00 |
| Food | $ 140.00 | $ 0.00 |
| Clothing | $ 40.00 | $ 0.00 |
| Laundry and dry-cleaning | $ 15.00 | $ 0.00 |
| Medical and dental expenses | $ 25.00 | $ 0.00 |
| Transportation *(not including motor vehicle payments)* | $ 60.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 80.00 | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* |  |  |
|     Homeowner's or renter's:   N/A- no renter's insurance | $ 0.00 | $ 0.00 |
|     Life:   N/A- no life insurance | $ 0.00 | $ 0.00 |
|     Health:   Medicare, Medicaid, & AETNA/Wellcare | $ 100.00 | $ 0.00 |
|     Motor vehicle:   N/A- no motor vehicle owned | $ 0.00 | $ 0.00 |
|     Other:   N/A- no other types of insurance | $ 0.00 | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ 0.00 | $ 0.00 |
| Installment payments |  |  |
|     Motor vehicle:   N/A- Mercedes C-230 was towed in 2016 | $ 0.00 | $ 0.00 |
|     Credit card *(name)*:   N/A- no credit cards currently owned | $ 0.00 | $ 0.00 |
|     Department store *(name)*:   N/A- no department store cards | $ 0.00 | $ 0.00 |
|     Other:   N/A- no other types of cards owned | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---:|---:|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ 0.00 |
| Other *(specify)*: N/A- no other types of expenses at the moment | $ 0.00 | $ 0.00 |
| **Total monthly expenses:** | $ 460.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☑ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☑ No

    If yes, how much?  $ _____0.00_____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    Because of the decision of Judge Saundra Brown Armstrong in the 2014 case of Emrit v. Yahoo, the plaintiff must state that this IFP application is being submitted in good faith with rough estimates and approximations that fluctuate from time to time and that the plaintiff is neither a tax attorney nor a certified public accountant (CPA) who can prepare financial statements according to GAAP promulgated by FASB and EITF. The case of Emrit v. Yahoo was in Northern California in Oakland, CA and is studied at Santa Clara Law School.

12. Identify the city and state of your legal residence.

    Sarasota, Florida

    Your daytime phone number:   (703) 936-3043

    Your age:  43   Your years of schooling:   20



**PNC**

## ACCOUNT ACTIVITY (Sunday, Feb 09, 2020)

**Virtual Wallet Spend X9111**
**Available Balance $10.11**
Balance $15.11

Overdraft Protected by Reserve

## MONTHLY TRANSACTIONS

| Date | Description | Withdrawal | Deposit | Category | Balance |
|---|---|---|---|---|---|
| February | | | | | |
| Pending Feb 9 | MCDONALD'S F10687 CARD#1942 | $5.00 | | | |
| Feb 7 | USPS | $2.40 | | Shipping | $15.11 |
| Feb 7 | Amazon | | $13.36 | Electronics + Merchandise | $17.51 |
| Feb 6 | Publix Super Markets | $1.41 | | Groceries | $4.15 |
| Feb 6 | USPS | $6.00 | | Shipping | $5.56 |
| Feb 6 | McDonald's | $5.35 | | Restaurants | $11.56 |
| Feb 5 | USPS | $10.00 | | Shipping | $16.91 |
| Feb 4 | USPS | $6.80 | | Shipping | $26.91 |
| Feb 4 | USPS | $12.00 | | Shipping | $33.71 |
| Feb 4 | Amazon | $10.88 | | Electronics + Merchandise | $45.71 |
| Feb 4 | Amazon | $10.79 | | Electronics + Merchandise | $56.59 |
| Feb 4 | Amazon | $10.84 | | Electronics + Merchandise | $67.38 |
| Feb 4 | Amazon | $10.84 | | Electronics + Merchandise | $78.22 |
| Feb 4 | Amazon | $13.11 | | Electronics + Merchandise | $89.06 |
| Feb 4 | Amazon | $10.88 | | Electronics + Merchandise | $102.17 |
| Feb 4 | Amazon | $13.47 | | Electronics + Merchandise | $113.05 |
| Feb 4 | Amazon Marketplace | $6.65 | | Office Expenses | $126.52 |
| Feb 4 | Amazon Marketplace | $7.46 | | Office Expenses | $133.17 |
| Feb 4 | Amazon Marketplace | $7.26 | | Office Expenses | $140.63 |
| Feb 4 | Amazon | $10.61 | | Electronics + Merchandise | $147.89 |
| Feb 3 | Service Charge | $1.20 | | Service Charges + Fees | $158.50 |
| Feb 3 | Transfer | $30.00 | | Transfers | $159.70 |
| Feb 3 | Walmart | $43.73 | | Electronics + Merchandise | $189.70 |
| Feb 3 | Amazon | $10.94 | | Electronics + Merchandise | $233.43 |
| Feb 3 | Amazon | $13.35 | | Electronics + Merchandise | $244.37 |
| Feb 3 | Amazon | $13.07 | | Electronics + Merchandise | $257.72 |
| Feb 3 | Amazon | $10.89 | | Electronics + Merchandise | $270.79 |
| Feb 3 | Amazon | $10.89 | | Electronics + Merchandise | $281.68 |

| Date | Description | Amount | Credit | Category | Balance |
|---|---|---|---|---|---|
| Feb 3 | Amazon | $13.24 | | Electronics + Merchandise | $292.57 |
| Feb 3 | Amazon | $10.61 | | Electronics + Merchandise | $305.81 |
| Feb 3 | XX1942 ROMAN WWWGETROMA NY | $36.00 | | Restaurants | $316.42 |
| Feb 3 | Amazon | $13.42 | | Electronics + Merchandise | $352.42 |
| Feb 3 | Amazon | $13.36 | | Electronics + Merchandise | $365.84 |
| Feb 3 | Amazon | $13.03 | | Electronics + Merchandise | $379.20 |
| Feb 3 | Amazon | $13.03 | | Electronics + Merchandise | $392.23 |
| Feb 3 | Amazon | $13.47 | | Electronics + Merchandise | $405.26 |
| Feb 3 | Amazon | $13.14 | | Electronics + Merchandise | $418.73 |
| Feb 3 | Amazon | $13.11 | | Electronics + Merchandise | $431.87 |
| Feb 3 | XX1942 MuslimaCom Southport AU | $39.99 | | Entertainment | $444.98 |
| Feb 3 | MetroPCS | $50.00 | | Cable + Phone | $484.97 |
| Feb 3 | ATM/Cash Withdrawal | $200.00 | | ATM | $534.97 |
| Feb 3 | SSA | | $750.00 | Paychecks | $734.97 |
| January | | | | | |
| Jan 17 | Amazon | | $10.69 | Electronics + Merchandise | -$15.03 |
| Jan 13 | Amazon | | $10.69 | Electronics + Merchandise | -$25.72 |
| Jan 9 | Service Charge | $1.20 | | Service Charges + Fees | -$36.41 |
| Jan 9 | Service Charge | $1.05 | | Service Charges + Fees | -$35.21 |
| Jan 9 | XX2009 RussianCupidCom Southport AU | $39.99 | | Other Expenses | -$34.16 |
| Jan 9 | XX2009 UkraineDateCom Southport AU | $34.99 | | Services + Supplies | $5.83 |
| Jan 9 | Service Charge/Fee Refund | | $36.00 | Refunds | $40.82 |
| Jan 9 | Service Charge/Fee Refund | | $36.00 | Refunds | $4.82 |
| Jan 9 | Overdraft Charge | $36.00 | | Service Charges + Fees | -$31.18 |
| Jan 9 | Overdraft Charge | $36.00 | | Service Charges + Fees | $4.82 |
| Jan 8 | ACH WEBSINGLE XX7099 BBT CK WEBXFR TRANSFER | $30.00 | | Transfers | $40.82 |
| Jan 8 | ACH WEBSINGLE XX9793 BBT CK WEBXFR TRANSFER | $30.00 | | Transfers | $70.82 |
| Jan 8 | Fiverr | $7.00 | | Services + Supplies | $100.82 |
| Jan 8 | RECURRING XX2008 RADIO AIRPLAY XX9318 NY | $30.00 | | Travel | $107.82 |
| Jan 8 | Amazon | $10.69 | | Electronics + Merchandise | $137.82 |
| Jan 8 | Amazon | $10.69 | | Electronics + Merchandise | $148.51 |
| Jan 8 | Amazon | $10.69 | | Electronics + Merchandise | $159.20 |
| Jan 7 | Amazon | $10.69 | | Electronics + Merchandise | $169.89 |
| Jan 7 | Amazon | $10.69 | | Electronics + Merchandise | $180.58 |
| Jan 7 | Amazon | $10.69 | | Electronics + Merchandise | $191.27 |
| Jan 7 | Amazon | $10.69 | | Electronics + Merchandise | $201.96 |
| Jan 7 | Amazon | $10.69 | | Electronics + Merchandise | $212.65 |

| Date | Description | | Amount | Credit | Category | Balance |
|---|---|---|---|---|---|---|
| Jan 7 | Amazon | | $10.69 | | Electronics + Merchandise | $223.34 |
| Jan 7 | Amazon | | $10.69 | | Electronics + Merchandise | $234.03 |
| Jan 7 | Amazon | | $10.69 | | Electronics + Merchandise | $244.72 |
| Jan 7 | Amazon | | $10.69 | | Electronics + Merchandise | $255.41 |
| Jan 7 | Amazon | | $10.69 | | Electronics + Merchandise | $266.10 |
| Jan 7 | Amazon | | $10.69 | | Electronics + Merchandise | $276.79 |
| Jan 7 | Amazon | | $10.69 | | Electronics + Merchandise | $287.48 |
| Jan 7 | Amazon | | $10.69 | | Electronics + Merchandise | $298.17 |
| Jan 7 | Amazon | | $10.69 | | Electronics + Merchandise | $308.86 |
| Jan 7 | Amazon | | $10.69 | | Electronics + Merchandise | $319.55 |
| Jan 7 | Amazon | | $10.69 | | Electronics + Merchandise | $330.24 |
| Jan 7 | Amazon | | $10.84 | | Electronics + Merchandise | $340.93 |
| Jan 7 | Amazon | | $10.69 | | Electronics + Merchandise | $351.77 |
| Jan 7 | Amazon | | $10.69 | | Electronics + Merchandise | $362.46 |
| Jan 7 | Amazon | | $10.69 | | Electronics + Merchandise | $373.15 |
| Jan 7 | Amazon | | $10.69 | | Electronics + Merchandise | $383.84 |
| Jan 7 | Amazon | | $10.59 | | Electronics + Merchandise | $394.53 |
| Jan 7 | Adjustment | | | $29.99 | Refunds | $405.12 |
| Jan 6 | ACH WEBSINGLE XX3881 BBT CK WEBXFR TRANSFER | | $20.00 | | Transfers | $375.13 |
| Jan 6 | Amazon | | $12.99 | | Electronics + Merchandise | $395.13 |
| Jan 6 | Amazon | | $10.59 | | Electronics + Merchandise | $408.12 |
| Jan 6 | Amazon | | $10.59 | | Electronics + Merchandise | $418.71 |
| Jan 6 | Amazon | | $10.59 | | Electronics + Merchandise | $429.30 |
| Jan 6 | Amazon | | $10.59 | | Electronics + Merchandise | $439.89 |
| Jan 6 | Amazon | | $10.69 | | Electronics + Merchandise | $450.48 |
| Jan 6 | Amazon | | $10.84 | | Electronics + Merchandise | $461.17 |
| Jan 6 | Amazon | | $10.64 | | Electronics + Merchandise | $472.01 |
| Jan 6 | Amazon | | $10.71 | | Electronics + Merchandise | $482.65 |
| Jan 6 | Amazon | | $10.81 | | Electronics + Merchandise | $493.36 |
| Jan 6 | Amazon | | $10.90 | | Electronics + Merchandise | $504.17 |
| Jan 6 | Amazon | | $10.85 | | Electronics + Merchandise | $515.07 |
| Jan 6 | Amazon | | $10.54 | | Electronics + Merchandise | $525.92 |
| Jan 6 | Amazon | | $10.59 | | Electronics + Merchandise | $536.46 |

| Date | Description | Amount | Amount2 | Category | Balance |
|---|---|---|---|---|---|
| Jan 6 | Amazon | $10.64 | | Electronics + Merchandise | $547.05 |
| Jan 6 | Amazon | $10.82 | | Electronics + Merchandise | $557.69 |
| Jan 6 | Amazon | $10.76 | | Electronics + Merchandise | $568.51 |
| Jan 6 | Amazon | $10.79 | | Electronics + Merchandise | $579.27 |
| Jan 6 | Amazon | $10.69 | | Electronics + Merchandise | $590.06 |
| Jan 6 | Amazon | $10.69 | | Electronics + Merchandise | $600.75 |
| Jan 6 | Amazon | $10.59 | | Electronics + Merchandise | $611.44 |
| Jan 6 | Amazon | $10.51 | | Electronics + Merchandise | $622.03 |
| Jan 6 | Amazon | $6.14 | | Electronics + Merchandise | $632.54 |
| Jan 6 | Amazon Marketplace | $7.83 | | Office Expenses | $638.68 |
| Jan 6 | Amazon Marketplace | $6.24 | | Office Expenses | $646.51 |
| Jan 6 | VALLEY MALL PLAZA | $29.99 | | Insurance | $652.75 |
| Jan 6 | MetroPCS | $50.00 | | Cable + Phone | $682.74 |
| Jan 6 | XX2005 ROMAN WWWGETROMA NY | $36.00 | | Restaurants | $732.74 |
| Jan 3 | Publix Super Markets | $11.42 | | Groceries | $768.74 |
| Jan 3 | USPS | $9.00 | | Shipping | $780.16 |
| Jan 3 | SSA | | $840.00 | Paychecks | $789.16 |
| December | | | | | |
| Dec 20 | Amazon | | $9.99 | Electronics + Merchandise | -$50.84 |
| Dec 13 | Amazon | $9.99 | | Electronics + Merchandise | -$60.83 |
| Dec 11 | XX2345 HALFWAY LIQUORS HAGERSTOWN MD | $11.49 | | Groceries | -$50.84 |
| Dec 11 | McDonald's | $16.41 | | Restaurants | -$39.35 |
| Dec 11 | XX2345 WASHINGTON COUNTY FREE HAGERSTOWN MD | $10.00 | | Other Expenses | -$22.94 |
| Dec 10 | USPS | $3.75 | | Shipping | -$12.94 |
| Dec 10 | Dollar General Store | $4.66 | | Electronics + Merchandise | -$9.19 |
| Dec 10 | Amazon | $10.74 | | Electronics + Merchandise | -$4.53 |
| Dec 10 | Amazon | $10.69 | | Electronics + Merchandise | $6.21 |
| Dec 10 | Amazon | $10.59 | | Electronics + Merchandise | $16.90 |
| Dec 10 | Amazon | $10.59 | | Electronics + Merchandise | $27.49 |
| Dec 10 | Amazon | $10.65 | | Electronics + Merchandise | $38.08 |
| Dec 10 | Amazon | $9.99 | | Electronics + Merchandise | $48.73 |
| Dec 10 | Amazon | $10.59 | | Electronics + Merchandise | $58.72 |
| Dec 10 | Amazon | $10.88 | | Electronics + Merchandise | $69.31 |
| Dec 10 | Amazon | $10.46 | | Electronics + Merchandise | $80.19 |
| Dec 9 | XX2343 TST VINCES NEW YORK HAGERSTOWN MD | $9.71 | | Travel | $90.65 |
| Dec 9 | Amazon | $10.69 | | Electronics + Merchandise | $100.36 |
| Dec 9 | Amazon | $10.91 | | Electronics + Merchandise | $111.05 |

| Dec 9 | XX2342 HALFWAY LIQUORS HAGERSTOWN MD | $12.54 | Groceries | $121.96 |
|---|---|---|---|---|
| Dec 9 | Amazon | $10.59 | Electronics + Merchandise | $134.50 |
| Dec 9 | XX2342 RADIO AIRPLAY XX9318 NY | $30.00 | Travel | $145.09 |
| Dec 9 | Amazon | $10.81 | Electronics + Merchandise | $175.09 |
| Dec 9 | Dollar General Store | $8.48 | Electronics + Merchandise | $185.90 |
| Dec 9 | McDonald's | $18.81 | Restaurants | $194.38 |
| Dec 9 | Amazon | $10.59 | Electronics + Merchandise | $213.19 |
| Dec 9 | Amazon | $10.62 | Electronics + Merchandise | $223.78 |
| Dec 9 | Amazon | $10.31 | Electronics + Merchandise | $234.40 |
| Dec 9 | Amazon Marketplace | $9.87 | Office Expenses | $244.71 |
| Dec 9 | Amazon | $10.69 | Electronics + Merchandise | $254.58 |
| Dec 9 | Amazon | $10.69 | Electronics + Merchandise | $265.27 |
| Dec 9 | Amazon | $10.94 | Electronics + Merchandise | $275.96 |
| Dec 9 | Amazon | $10.98 | Electronics + Merchandise | $286.90 |
| Dec 9 | Amazon | $9.99 | Electronics + Merchandise | $297.88 |
| Dec 9 | Amazon | $9.99 | Electronics + Merchandise | $307.87 |
| Dec 9 | Amazon | $10.61 | Electronics + Merchandise | $317.86 |
| Dec 9 | Amazon | $10.91 | Electronics + Merchandise | $328.47 |
| Dec 9 | Amazon | $10.78 | Electronics + Merchandise | $339.38 |
| Dec 9 | Amazon | $10.50 | Electronics + Merchandise | $350.16 |
| Dec 9 | Amazon | $10.52 | Electronics + Merchandise | $360.66 |
| Dec 9 | Amazon | $10.71 | Electronics + Merchandise | $371.18 |
| Dec 9 | Amazon | $10.79 | Electronics + Merchandise | $381.89 |
| Dec 9 | Amazon | $10.59 | Electronics + Merchandise | $392.68 |
| Dec 9 | Amazon | $10.88 | Electronics + Merchandise | $403.27 |
| Dec 9 | Amazon | $10.94 | Electronics + Merchandise | $414.15 |
| Dec 9 | Amazon | $10.59 | Electronics + Merchandise | $425.09 |
| Dec 9 | Amazon | $10.54 | Electronics + Merchandise | $435.68 |
| Dec 9 | Amazon | $10.69 | Electronics + Merchandise | $446.22 |
| Dec 9 | Amazon | $10.59 | Electronics + Merchandise | $456.91 |
| Dec 9 | Amazon | $10.59 | Electronics + Merchandise | $467.50 |
| Dec 9 | Amazon | $10.97 | Electronics + Merchandise | $478.09 |
| Dec 9 | Amazon | $10.86 | Electronics + Merchandise | $489.06 |
| Dec 9 | Amazon | $10.64 | Electronics + Merchandise | $499.92 |