Ronald Satish Emrit
655 38th Lane East
Sarasota, Florida 34243

Attn: Clerk of the Court
U.S. District Court for the
District of Western Pennsylvania
U.S. Courthouse
17 South Park Row
Erie, Pennsylvania 16501



U.S. POSTAGE PAID
FCM LG ENV
BRADENTON, FL
34203
FEB 11, 20
AMOUNT
$2.60
R2304M110335-13

1023
16501