IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD SATISH EMRIT,<br>    Plaintiff | )<br>)<br>) |
| vs. | )    C.A.No. 1:20-CV-41<br>) |
| FEDERAL BUREAU OF INVESTIGATION,<br>    Defendant. | )    District Judge Baxter<br>) |

**O R D E R**

AND NOW, this 15th day of April 2020;

IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed in forma pauperis [ECF No. 1] is GRANTED. The Clerk of Court is directed to file the proposed original complaint [ECF No. 1-1].

IT IS FURTHER ORDERED that this case is dismissed due to Plaintiff's failure to state a claim upon which relief may be granted. Such dismissal is with prejudice. The Clerk is directed to close this case.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge

1